No. 04-7227. BROWN v. LUEBBERS, SUPERINTENDENT, FARM-INGTON CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 04-7369. RAMIREZ v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04-7430. CONNER v. MCBRIDE, SUPERINTENDENT, MAXI-MUM CONTROL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 04-7441. LANZILOTTA-DICKS v. THOMAS MORE COLLEGE. C. A. 6th Cir. Certiorari denied.

No. 04-7448. WORKMAN v. SUMMERS, ATTORNEY GENERAL OF TENNESSEE, ET AL. C. A. 6th Cir. Certiorari denied.

No. 04-7688. RICHMOND v. POLK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04-7757. WAGATHA v. SATELLITE BEACH POLICE DEPART-MENT. Sup. Ct. Fla. Certiorari denied.

No. 04-7814. ROBINSON v. DIGUGLIELMO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, ET AL. C. A. 3d Cir. Certiorari denied.

No. 04-7822. MARTINEZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 04-7831. MARSHALL v. LAW OFFICES OF RICHARD TANZER, INC., ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 04-7835. BISHOP v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 04-7852. J. W., A MINOR v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04-7853. ZIMMERMAN v. ORTIZ, EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS, ET AL. Ct. App. Colo. Certiorari denied.